# UNITED STATES DISTRICT COURT

## DISTRICT OF NEBRASKA

| | |
|---|---|
| Nicole Nichols and Robert Nichols, | Civil No. 8:15-cv-00172-JMG-CRZ |
| Plaintiffs, | |
| vs. | |
| MMIC Insurance Inc., Michael P. Woods, M.D. and Bellevue Obstetrics & Gynecology Associates, P.C. | |
| Defendants. | |

This Court, having considered the Motion to Withdraw as Counsel of Defendant MMIC Insurance Inc., hereby enters this Order Allowing Eric J. Steinhoff and Brian A. Wood to withdraw as counsel for Defendant MMIC Insurance Inc.

**IT IS SO ORDERED.**

June 9, 2015.

BY THE COURT:

*Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge