IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICOLE NICHOLS and ROBERT NICHOLS,<br><br>             Plaintiffs,<br><br>vs.<br><br>MMIC INSURANCE, INC., et al.,<br><br>             Defendants. | 8:15-CV-172<br><br>ORDER |

This matter is before the Court on the plaintiffs and the defendant MMIC Insurance, Inc.'s stipulation (filing 88) to dismiss MMIC Insurance, Inc. with prejudice.

IT IS ORDERED:

1.  The stipulation to dismiss the defendant MMIC Insurance, Inc. (filing 88) is granted.

2.  The claims asserted between the plaintiffs and MMIC Insurance, Inc. are dismissed with prejudice.

3.  The parties shall bear their own costs and fees with respect to those claims.

4.  MMIC Insurance, Inc. is terminated as a party to this case.

Dated this 11th day of July, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge