IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICOLE NICHOLS and ROBERT NICHOLS,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL P. WOODS, M.D. and BELLEVUE OBSTETRICS & GYNECOLOGY ASSOCIATES, P.C.,<br><br>　　　　　　Defendants. | 8:15CV172<br><br>ORDER |

　　　This matter is before the Court on the parties' joint stipulation to dismiss the claims against Defendants Michael P. Woods, M.D. and Bellevue Obstetrics & Gynecology Associates, P.C. with prejudice (Filing No. 91).  The Court concludes the stipulation of dismissal should be granted.  The above-captioned action will be dismissed with prejudice, and each party will bear their own attorney fees and costs.

　　　IT IS ORDERED:

　　　1.　　The parties' joint stipulation to dismiss with prejudice (Filing No. 91) is granted.

　　　2.　　The above-captioned action is dismissed with prejudice.

　　　3.　　The Court will not assess any fees or costs.

　　　Dated this 30th day of September, 2016.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/ *Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　　　United States District Judge